# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

------------------------------------------------------------X

IHSAN N. BARRETT

              Plaintiff,

-against-

LOGISTICS ENTERPRISE INC,

              Defendants.

------------------------------------------------------------X

Case No. 24-CV-9883
(BRM) (MAH)

**DEFAULT JUDGMENT**

    This action having been commenced on October 21, 2024, by the filing of an Amended Complaint, and a copy of the Amended Complaint having been personally served on the Defendant via agent of the Secretary of State of New Jersey on November 20, 2024, and proof of service was therefore filed on January 27, 2025.  (ECF No. 6.)

    The Defendant has not answered the Amended Complaint and time for answering the Complaint has expired. Having reviewed Plaintiff's motion for default judgment pursuant to Fed. R. Civ. P. 55(b) (ECF No. 11), having not received an opposition, and for good cause appearing, it is

    **ORDERED, ADJUDGED AND DECREED**:  That Plaintiff's motion for default judgment (ECF No. 11) is **GRANTED**.   A proof hearing is scheduled for June 16, 2025, at 1:30pm in Courtroom 1 of the Lautenberg Courthouse Building. Seven days prior to the hearing, counsel shall file with the Court: (1) pre-marked exhibits, (2) a memorandum with proposed findings of fact and conclusions of law in support of default judgment referencing the pre-marked exhibits; and (3) for any testifying witnesses, the name, position, and summary of his or her testimony.

Dated: ____April 22, 2025_____

                                                                             _____

                                                                             Hon. Brian R. Martinotti, U.S.D.J.